1008

[Nos. 58201-1-I; 58202-0-I. Division One. August 13, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ANGEY L. MCKINNEY, *Appellant*.

Appeals from judgments of the Superior Court for Snohomish County, Nos. 05-1-01973-0 and 05-1-01245-1, Thomas J. Wynne, J., entered May 2, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58245-3-I. Division One. August 13, 2007.]

GREGORY T. BOSTWICK, *Appellant*, v. BALLARD MARINE, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-31211-3, Charles W. Mertel, J., entered May 12, 2006. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Baker and Becker, JJ.

[No. 58579-7-I. Division One. August 13, 2007.]

ADELINE ROCHON ET AL., *Appellants*, v. SABERHAGEN HOLDINGS, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-2-07325-8, James H. Allendoerfer, J., entered July 17, 2006. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Cox, J., concurred in by Appelwick, C.J., and Coleman, J.

[No. 59651-9-I. Division One. August 13, 2007.]

DALEENA ROLLINS ET AL., *Appellants*, v. THE STATE OF WASHINGTON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-40539-2, Deborah D. Fleck, J., entered July 17, 2006. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Baker and Becker, JJ.